IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIO CARDOZA, | § | |
| TDCJ-CID NO.1247438, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-2128 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

Signed at Houston, Texas, this 23rd day of August, 2007.

Melinda Harmon
United States District Judge